UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20682-CIV-CMA

LUIS MARTINEZ ALONSO, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                   )
               Plaintiff, )
  vs. )
                                                   )
24/7 SECURITY SCHOOL, INC. d/b/a 24/7 )
SECURITY OF SOUTH FLORIDA, )
TOMAS A GONZALEZ, )
YOLANDA GONZALEZ, )
                                                   )
               Defendants. )
_____ )

## **PLAINTIFF'S STATEMENT OF CLAIM**

      Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Half Time Overtime Claim (3/1/15-12/31/16):**
Amount of Half Time Overtime per hour not compensated: $4.03
Overtime hours: approx. 1,424
Total overtime wages unpaid and liquidated damages: $5,738.72 X 2 = $11,477.44, *exclusive of* **attorneys' fees and costs**

**Half Time Overtime Claim (1/1/17-1/11/18):**
Amount of Half Time Overtime per hour not compensated: $4.05
Overtime hours: approx. 56
Total overtime wages unpaid and liquidated damages: $226.80 X 2 = $453.60, *exclusive of* **attorneys' fees and costs**

**Total Overtime Wages Unpaid and Liquidated Damages:** $5,965.52 X 2 = $11,931.04, *exclusive of* **attorneys' fees and costs**

\* Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
\*\* Plaintiff reserves the right to seek time-and-one-half damages for any *additional* completely unpaid overtime hours should the facts adduced in discovery justify same.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
   Rivkah F. Jaff, Esquire
   Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 2/22/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**