UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-20682-CIV-CMA

LUIS MARTINEZ ALONSO,

    Plaintiff,

vs.

24/7 SECURITY SCHOOL INC. d/b/a
24/7 SECURITY OF SOUTH FLORIDA,
TOMAS A. GONZALEZ AND
YOLANDA GONZALEZ,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

COMES NOW the Defendants, 24/7 SECURITY SCHOOL INC. d/b/a 24/7 SECURITY OF SOUTH FLORIDA, TOMAS A. GONZALEZ and YOLANDA GONZALEZ (hereinafter, "Defendants"), and files the above-described Response to Plaintiff's Statement of Claim as follows:

### *RESPONSE TO STATEMENT OF CLAIM*

1. Upon information and belief, Defendants are not covered entities or persons under the Fair Labor Standards Act's ("FLSA") Enterprise Coverage because Defendants are not engaged in interstate commerce and has not annually grossed at least $500,000 for at least a portion of the years claimed by Plaintiff. As such, Defendants are not liable.

2. Plaintiff, LUIS MARTINEZ ALONSO's (hereinafter, "Plaintiff") work did not regularly involve him in interstate commerce nor did he engage in commerce or

BeharBehar • 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

1 of 3

in the production of goods for commerce. Therefore, Plaintiff is not covered employee under the FLSA's Individual Coverage.

3. Additionally, at all times pertinent hereto, Plaintiff was an independent contractor because he could set his own schedule, refuse business, and work for other entities engaging in the same business as Defendants. *See Luis Martinez'* 1099s, attached as Exhibit "A". Moreover, Plaintiff provided his own equipment, was paid on a per job basis, and provided invoices for his work. See invoices attached as Exhibit "B".

4. To the extent a response to Plaintiff's claims of hours worked in excess of 40 hours, Plaintiff worked less than he reported on his invoices and otherwise misreported his time worked on his invoices. For example, Defendants would contract for a post to be occupied for a certain time period by a client. If that client cancelled for that time period or during the time period, the client would often have to pay Defendants regardless. Even though the client canceled, the Defendants would still pay Plaintiff for that time period; in spite of the fact he either did not work or only worked a part of that time. Plaintiff would invoice the entire time period because he was an independent contractor.

5. Defendants also had a good faith belief that it would not be a covered entity and that Plaintiff would not be a covered individual. Yolanda Gonzalez, when she was known as Yolanda Garcia, owned a similar security business in which a security guard sued under similar circumstances in *Mederos v. Garcia d/b/a Ace Protection Agency, et al.*, 2011 WL 13172947 (S.D. Fla. March 18, 2011), Case No. 09-22842-Civ-TORRES. Garcia (now Gonzalez) moved for summary judgment as to it not being a covered enterprise and that its security guard was not individually covered by the FLSA.

BeharBehar ♦ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

2 of 3

The Southern District of Florida granted summary judgment on those grounds. We should note that Jamie H. Zidell was the counsel for Mr. Mederos in that matter.

6. Through discovery and further investigation, Defendants may discover additional defenses and reserves the right to amend its defenses or raise additional defenses.

Respectfully submitted,

/s/Aaron Behar, Esq.
Aaron Behar, Esq.
Florida Bar No.: 166286
Michael Harper, Esq.
Florida Bar No.: 052207
BeharBehar
490 Sawgrass Corporate Parkway
Suite 300
Sunrise, FL 33325
Telephone: (954) 990-8639
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2018 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

/s/Aaron Behar, Esq.
Aaron Behar, Esq.

BeharBehar • 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639   F: 954-332-9260   W: BeharBehar.com

3 of 3