UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20682-CIV-ALTONAGA/Goodman

**LUIS MARTINEZ ALONSO**,

    Plaintiff,
v.

**24/7 SECURITY SCHOOL, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  On May 8, 2018, the Court entered an Order [ECF No. 11] requiring the parties to prepare and file: (1) a joint scheduling report; (2) certificates of interested parties; and (3) corporate disclosure statements, by June 8, 2018.  To date, Defendants, 24/7 Security School, Inc; Tomas A. Gonzalez; and Yolanda Gonzalez, have not filed certificates of interested persons and corporate disclosure statements, nor have the parties filed a joint scheduling report or requested an extension of time within which to do so.

Accordingly, it is

**ORDERED AND ADJUDGED** that the parties shall comply with the Order by **June 12, 2018**, failing which the case will be dismissed.

**DONE AND ORDERED** in Miami, Florida, this 11th day of June, 2018.

                                             _____
                                             **CECILIA M. ALTONAGA**
                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record