UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20682-CIV-ALTONAGA/Goodman

**LUIS MARTINEZ ALONSO**,

    Plaintiff,
v.

**24/7 SECURITY SCHOOL, INC.**, *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court upon the parties' Joint Notice of Settlement [ECF No. 23], filed on June 8, 2018. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the above styled action is administratively **CLOSED** without prejudice to the parties to comply with the Order Requiring Submission of Settlement Agreement for Court Approval, entered separately on this date. Any pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 11th day of June, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record